United States District Court
Southern District of Texas

**ENTERED**

June 22, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| SANDRA GAYLE SIMON, §<br>§<br>*Plaintiff,* §<br>§<br>VS. §<br>§<br>UNITED STATES EQUAL EMPLOYMENT §<br>OPPORTUNITY COMMISSION, §<br>§<br>*Defendant.* | CIVIL ACTION NO. 4:25-CV-04472 |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before this Court in the above-referenced proceeding is Defendant United States Equal Employment Opportunity Commission's ("the EEOC") Motion to Dismiss (Doc. No. 14). The recommended ruling in Magistrate Judge Bryan's Memorandum and Recommendation (Doc. No. 23) would resolve this motion by granting the Motion to Dismiss (Doc. No. 14) and dismissing the claims against the EEOC without prejudice for lack of subject matter jurisdiction. No parties filed objections to the Memorandum and Recommendation. After a review of the filings, the applicable law, and Judge Bryan's Memorandum and Recommendation, the Court hereby **ADOPTS** the Memorandum and Recommendation and hereby **GRANTS** the EEOC's Motion to Dismiss (Doc. No. 14) and dismisses the claims against the EEOC without prejudice for lack of subject matter jurisdiction.

It is so ordered.

Signed on this the 22nd day of June 2026.

Andrew S. Hanen
United States District Judge